JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CAMEL INTERNATIONAL INVEST ENTERPRISE LTD, et al.,<br><br>Defendants. | No. 2:20-cv-04384-JAK-PJW<br><br>**ORDER RE STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE (DKT. 26)** |

Based on a review of the parties' Stipulation to Entry of Permanent Injunction and Voluntary Dismissal of Action with Prejudice (the "Stipulation" (Dkt. 26)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**. Pursuant to the terms of the Stipulation, the Court hereby orders the following:

1. The Court has personal jurisdiction over the parties and subject matter jurisdiction in the above-captioned civil action (the "Action") at least pursuant to 15 U.S.C. § 1121.

2. Entry of this Permanent Injunction and Voluntary Dismissal with

Prejudice, as well as any related Order that may follow the Stipulation, shall serve to bind and obligate each of the parties hereto.

3. Defendant, including its agents, servants, successors and assigns, are permanently restrained and enjoined from:

    a. Manufacturing, importing into the U.S., advertising, marketing, offering for sale, or selling the Accused Products;

    b. Manufacturing, importing into the U.S., advertising, marketing, offering for sale, or selling any product featuring a design identical or substantially similar in overall appearance to the claimed design of the '425 Patent such as to infringe the '425 Patent;

    c. Using Deckers' Bailey Bow Boot Trade Dress in any way to market Defendant's goods, and services, or to misrepresent in any way that any of Defendant's goods or services are licensed, authorized, produced, sponsored by Deckers.

4. The Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the enforcement, construction or modification of Permanent Injunction entered by the Stipulation.

5. Each party shall bear its own attorneys' fees and costs associated with this Action, including the Settlement Agreement and the Stipulation, with no party deemed as a prevailing party for any purposes.

6. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Action is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: March 15, 2021

_____
John A. Kronstadt
United States District Judge